UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSHUA STOMBERG; and TAWNYA
STOMBERG,

Plaintiffs,

v.

NATIONWIDE RECOVERY SERVICE,
INC., formerly known as ASSET
MANAGEMENT OUTSOURCING
("AMO") RECOVERIES, INC.,

Defendant.

C25-1981 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable
Thomas S. Zilly, United States District Judge:

(1)   Having reviewed the parties' Joint Status Report, docket no. 14, the Court
DIRECTS as follows:

(a)   This case remains set for a bench trial on October 26, 2026, which is
anticipated to require one (1) day;

(b)   All remaining dates and deadlines, and all terms and conditions,
set forth in the Minute Order Setting Trial Date and Related Dates, docket no. 9,
remain in full force and effect;

(c)   This case is hereby DESIGNATED for mediation pursuant to Local
Civil Rule 39.1(c).  The parties are DIRECTED to conduct mediation in
accordance with LCR 39.1(c) and to file a joint certification of compliance on or
before August 7, 2026.

MINUTE ORDER - 1

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 26th day of May, 2026.

Joshua C. Lewis
Clerk

s/Grant Cogswell
Deputy Clerk

MINUTE ORDER - 2